IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS RUTLEDGE,

        Petitioner,

  v.

J.N. KATAVICH, Warden,

        Respondent.
                                  /

No. CV-08-5738 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is hereby DENIED, and a certificate of appealability is hereby DENIED.

Dated: June 5, 2012

                                            Richard W. Wieking, Clerk

                                            By: Tracy Lucero
                                            Deputy Clerk